UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSUE M. MOYA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-181** |
| **KENNER POLICE DEPT., ET AL.** | **SECTION: "P" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation (R. Doc. 9) of the Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Josue M. Moya's 42 U.S.C. § 1983 claims against defendant Kenner Police Department be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that, pursuant to *Wallace v. Kato*, 549 U.S. 384 (2007), Moya's § 1983 claims for excessive force and false arrest on April 30, 2024, against defendants Officer Jonathon Dunn, Officer Simon Dowd, Officer Jordan Bloomer, and two other unidentified Kenner Police Department officers be **STAYED**. The Clerk of Court **SHALL** statistically close the stayed portion of the case for administrative purposes.

**IT IS FURTHER ORDERED** that, within 60 days of finality of Moya's state court conviction or upon disposition of the state criminal charges in his favor, either party may move to reopen the matter for further proceedings consistent with *Heck v. Humphrey*, 512 U.S. 477 (1994).

New Orleans, Louisiana, this 1st day of July 2025.

*[signature]*

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**